IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHABRIELLE-DARNISHA SHANTE HESTER, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF KENTUCKY/COMMONWEALTH OF KENTUCKY MARHSALL CIRCUIT & DISTRICT COURT, ET AL., <br><br> Defendants. | § § § § § § § § § § § § § § § | Civil Action No.  3:25-CV-02831-O-BK |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case.  No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error.  Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** as venue is improperly laid in this Court.

**SO ORDERED** on this **17th day** of **November, 2025.**

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**